# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

MICHELLE P. BURK, Derivatively
on behalf of Sonus Networks, Inc.
a Delaware Corporation,   Plaintiff
V.

HASSAN AHMED, et al.
                Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 10384 DPW

TO: (Name and address of Defendant)

Paul R. Jones, Vice President of Engineering
Sonus Networks, Inc.
5 Carlisle Road
Westford, Massachusetts 01886

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Pastor
Gilman and Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE  FEB 26 2004

(By) DEPUTY CLERK

Middlesex Sheriff's Office • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

March 22, 2004

I hereby certify and return that on 3/19/2004 at 2:55PM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to KEVIN NEWMAN, agent, person in charge at the time of service for PAUL R. JONES, VICE PRESIDENT OF ENGINEERING, at SONUS NETWORKS, INC., 250 APOLLO Drive, CHELMSFORD, MA 01824. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.50), Postage and Handling ($1.00), Travel ($16.00) Total Charges $53.50

*Gerard N Whitman*
Deputy Sheriff

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                        Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

04009471