AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FILED
CLERKS OFFICE

### District of
### MASSACHUSETTS

2004 MAR 30  P 1:02

MICHELLE P. BURK, Derivatively
on behalf of Sonus Networks, Inc.
a Delaware Corporation,        Plaintiff

V.

HASSAN AHMED, ET AL.

Defendant

## SUMMONS IN A CIVIL CASE

DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER: **04    10384 DPW**

TO: (Name and address of Defendant)

Stephen J. Nill, CFO and Vice President of Finance
Sonus Networks, Inc.
5 Carlisle Road
Westford, Massachusetts 01886

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Pastor
Gilman and Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_(By) DEPUTY CLERK_

DATE    FEB 26 2004

Middlesex Sheriff's Office • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

Middlesex, ss.

I hereby certify and return that on 3/19/2004 at 2:55PM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to KEVIN NEWMAN, agent, person in charge at the time of service for STEPHEN J. NILL, CFO & VICE PRESIDENT OF FINANCE, at SONUS NETWORKS, INC., 250 APOLLO Drive, CHELMSFORD, MA 01824. Attest ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($16.00) Total Charges $52.00

March 22, 2004

_Gerard N Whitman_

_Deputy Sheriff_

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

_Signature of Server_

_Address of Server_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

04 009472