UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE P. BURK, Derivatively on behalf of Sonus Networks, Inc., A Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HASSAN M. AHMED, EDWARD T. ANDERSON, PAUL J. FERRI, RUBIN GRUBER, PAUL SEVERINO, JOHN MICHAEL O'HARA, EDWARD N. HARRIS, STEPHEN NILL and PAUL R. JONES,<br><br>Defendants,<br><br>and<br><br>SONUS NETWORKS, INC., A Delaware Corporation,<br><br>Nominal Defendant. | Case No. 04-10384 (DPW) |

## SONUS NETWORKS, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, nominal defendant Sonus Networks, Inc. ("Sonus") states:

1. Sonus has no parent corporation.

2. Sonus is not aware of any publicly held corporation that owns 10% or more of its stock.

                                                Respectfully submitted,

                                                _____
                                                Jeffrey B. Rudman (BBO #433380)
                                                James W. Prendergast (BBO #553073)
                                                Daniel W. Halston (BBO #548692)
                                                Joanne Monteavaro (JM-4053)
                                                Hale and Dorr LLP
                                                60 State Street
                                                Boston, Massachusetts 02109
                                                Tel:  (617) 526-6000
                                                Fax:  (617) 526-5000
                                                *Attorneys for Defendants Edward T. Anderson,*
                                                *Paul J. Ferri, Edward Harris, John Michael*
                                                *O'Hara, Paul Jones, Paul J. Severino and*
                                                *Nominal Defendant Sonus Networks, Inc.*

April 2, 2004

## CERTIFICATE OF SERVICE

I, Joel B. Kemp, hereby certify that on this 2nd day of April, 2004, I caused to be served Sonus Networks, Inc.'s Corporate Disclosure Statement upon Plaintiff's counsel by causing a copy to be delivered by federal express to the following:

> Peter A. Lagorio, Esq.
> Gilman and Pastor, LLP
> 999 Broadway, Suite 500
> Saugus, Massachusetts 01906

_____
Joel B. Kemp