## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE P. BURK, Derivatively on Behalf of SONUS NETWORKS, INC., A Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> HASSAN M. AHMED, EDWARD T. ANDERSON, PAUL J. FERRI, RUBIN GRUBER, PAUL SEVERINO, JOHN MICHAEL O'HARA, EDWARD N. HARRIS, STEPHEN NILL and PAUL R. JONES, <br><br> Defendants, <br><br> -and- <br><br> SONUS NETWORKS, INC., A Delaware Corporation, <br><br> Nominal Defendant. | Case No. 04-10384-DPW |

## **NOTICE OF APPEARANCE**

Please enter the appearance of Gregory F. Noonan, Joel B. Kemp, and Daniel Gold, Hale and Dorr LLP, on behalf of Defendants Edward T. Anderson, Paul J. Ferri, Paul J. Severino and Nominal Defendant Sonus Networks, Inc.

- 2 -

          Respectfully Submitted,

          EDWARD T. ANDERSON, PAUL J. FERRI,
          PAUL J. SEVERINO, and SONUS NETWORKS, INC.

          By their attorneys,


          /s/_Gregory F. Noonan_____
          Jeffrey B. Rudman (BBO #433380)
          James W. Prendergast (BBO #553073)
          Daniel W. Halston (BBO #548692)
          Gregory F. Noonan (BBO #651035)
          Hale and Dorr LLP
          60 State Street
          Boston, MA 02109
          (617) 526-6000


Dated: April 15, 2004

CERTIFICATE OF SERVICE

I, Gregory F. Noonan, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Peter A. Lagorio<br>Gilman and Pastor, LLP<br>Stonehill Corporate Center<br>999 Broadway, Suite 500<br>Saugus, MA 01906 | Gregory M. Nespole<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>270 Madison Ave., 9th Floor<br>New York, NY 10016 |
| Robert C. Schubert<br>Juden Justice Reed<br>Willem F. Jonckheer<br>Schubert & Reed LLP<br>Two Embarcadero Center, Suite 1660<br>San Francisco, CA 9411 | Bruce G. Murphy<br>Law Offices of Bruce G. Murphy<br>265 Llywds Lane<br>Vero Beach, FL 32963 |

/s/ Gregory F. Noonan_____
Gregory F. Noonan

Dated: April 15, 2004