UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH CHIN, on behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONUS NETWORKS, INC., et al.,<br><br>Defendants | No. 04-10294 DPW |
| DANIEL WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>HASSAN AHMED, et al.<br><br>Defendants<br><br>-and-<br><br>SONUS NETWORKS, INC., A Delaware Corporation,<br><br>Nominal Defendant. | No. 04-10359 DPW |
| MICHELLE P. BURK,<br><br>Plaintiff<br><br>v.<br><br>HASSAN AHMED, et al.<br><br>Defendants<br><br>-and-<br><br>SONUS NETWORKS, INC., A Delaware Corporation,<br>Nominal Defendant. | No. 04-10384 DPW |

{00002480.DOC ; 1}

| | |
|---|---|
| MICHAEL PISNOY,<br><br>Plaintiff<br><br>v.<br><br>HASSAN AHMED, et al.<br><br>Defendants<br><br>-and-<br><br>SONUS NETWORKS, INC., A Delaware Corporation,<br><br>Nominal Defendant. | No. 04-10576 DPW |

## PLAINTIFF MICHELLE BURK'S MOTION TO CONSOLIDATE DERIVATIVE CASES AND TO APPOINT CO-LEAD COUNSEL

Plaintiff Michelle Burk, plaintiff in the above-captioned shareholder derivative action, Burk v. Ahmed et al, Case No. 04-cv-10384 (DPW), hereby respectfully moves this Court to enter an Order (in the form of proposed Pretrial Order No. 1 submitted herewith), which (a) consolidates three substantially similar shareholder derivative actions currently pending before this Court; (b) appoints the law firms of Wolf Haldenstein Adler Freeman & Herz LLP and Schubert and Reed LLP as co-lead counsel for the derivative plaintiffs; (c) appoints the law firm of Gilman and Pastor LLP as liaison counsel for the derivative plaintiffs; and (d) establishes procedures for consolidating other later-filed derivative cases herein and related case management matters.

The three related derivative cases to be consolidated are styled as follows:

| Case Name | Case Number | Date Filed |
|---|---|---|
| Williams v. Ahmed, et al. | 04-cv-10359 (DPW) | 2-23-04 |
| Burk v. Ahmed, et al. | 04-cv-10384 (DPW) | 2-26-04 |
| Pisnoy v. Ahmed, et al. | 04-cv-10576 (DPW) | 3-24-04 |

{00002480.DOC ; 1}

In support of this Motion, Plaintiff Burk submits her accompanying Memorandum of Law, the Declaration of Peter A. Lagorio, Esq., and proposed Pretrial Order No. 1.

DATED: May 11, 2004

By: /s/ Peter A. Lagorio
PETER A. LAGORIO (BBO#567379)
GILMAN & PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
Telephone: (781) 231-7850

GREGORY M. NESPOLE
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Avenue, 9th Floor
New York, New York 10016
Telephone (212) 545-4600

ROBERT C. SCHUBERT
JUDEN JUSTICE REED
SCHUBERT & REED LLP
Two Embarcadero Center, Suite 1660
San Francisco, California 94111
Telephone: (415) 788-4220

BRUCE G. MURPHY
LAW OFFICES OF BRUCE G. MURPHY
265 Llwyds Lane
Vero Beach, FL 32963
Telephone: (561) 231-4202

Attorneys for Derivative Plaintiff