UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH CHIN, on behalf of Herself and All Others Similarly Situated, | No. 04-10294 DPW |
| Plaintiff, | |
| v. | |
| SONUS NETWORKS, INC., et al., | |
| Defendants | |
| ----------------------------------------------------------x | |
| DANIEL WILLIAMS, | No. 04-10359 DPW |
| Plaintiff, | |
| v. | |
| HASSAN AHMED, et al. | |
| Defendants | |
| -and- | |
| SONUS NETWORKS, INC., A Delaware Corporation, | |
| Nominal Defendant. | |
| ----------------------------------------------------------x | |
| MICHELLE P. BURK, | No. 04-10384 DPW |
| Plaintiff | |
| v. | |
| HASSAN AHMED, et al. | |
| Defendants | |
| -and- | |
| SONUS NETWORKS, INC., A Delaware Corporation, Nominal Defendant. | |

{00002481.DOC ; 1}

| |  |
|---|---|
| MICHAEL PISNOY,<br><br>Plaintiff<br><br>v.<br><br>HASSAN AHMED, et al.<br><br>Defendants<br><br>-and-<br><br>SONUS NETWORKS, INC., A Delaware Corporation,<br><br>Nominal Defendant. | No. 04-10576 DPW |

## DECLARATION OF PETER A. LAGORIO

1. I am a partner in the law firm of Gilman and Pastor LLP, one of the firms representing Plaintiff in the above-captioned shareholder derivative action, Burk v. Ahmed, et al. No. 04-10384-DPW.

2. I submit this Declaration in support of Plaintiff Michelle Burk's Motion to Appoint Co-Lead Counsel, which is being filed concurrently herewith, and in opposition to Plaintiff Daniel Williams' Motion for Appointment of Lead Counsel, filed April 27, 2004.

3. A true and correct copy of the firm resume for the law firm of Wolf Haldenstein Adler Freeman & Herz LLP is attached hereto as Exhibit A.

4. A true and correct copy of the firm resume for the law firm of Schubert & Reed LLP is attached hereto as Exhibit B.

5. A true and correct copy of the firm resume for the law firm of Gilman and Pastor LLP is attached hereto as Exhibit C.

6. I declare under the penalties of perjury that the above statements are true.

/s/ Peter A. Lagorio
Peter A. Lagorio

{00002481.DOC ; 1}