# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE P. BURK, Derivatively on behalf Of Sonus Networks, Inc., A Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HASSAN AHMEN; EDWARD T. ANDERSON; PAUL J. FERRI; RUBIN GRUBER; PAUL SEVERINO; JOHN MICHAEL O'HARA; EDWARD N. HARRIS; STPHEN NILL; and PAUL R. JONES;<br><br>Defendants.<br><br>-and-<br><br>SONUS NETWORKS, INC., A Delaware Corporation<br><br>Nominal Defendant. | Civil Action No. 04CV10384 DPW |

## ENTRY OF APPEARANCE

The undersigned, Mary Patricia Cormier, hereby enters her appearance as counsel for the Defendants, Rubin Gruber, Paul R. Jones, Edward N. Harris and John Michael O'Hara in the above-captioned action.

By their attorneys

Mary Patricia Cormier (B.B.O. No. 635756)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110
Tel. 617-439-4444
Fax. 617-439-4170

## **CERTIFICATE OF SERVICE**

I, Mary Patricia Cormier, certify that on 13th day of May, 2004, I caused a copy of the foregoing document to be served via first-class mail postage pre-paid upon Plaintiff's counsel, Paul Warner, Reich & Binstock, LLP, 4265 San Felipe, Suite 1000, Houston, Texas 77027.

_____
Mary Patricia Cormier