UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL WILLIAMS,<br><br>        Plaintiff,<br><br>vs.<br><br>HASSAN M. AHMED, et al.,<br><br>        Defendants,<br><br>vs.<br><br>SONUS NETWORKS, INC.,<br><br>        Nominal Defendant. | CIVIL ACTION NO.<br>04-CV-10359 DPW |
| MICHELLE BURK,<br><br>        Plaintiff,<br><br>vs.<br><br>HASSAN M. AHMED, et al.,<br><br>       Defendants,<br><br>vs.<br><br>SONUS NETWORKS, INC.,<br><br>       Nominal Defendant. | CIVIL ACTION NO.<br>04-CV-10384 DPW |

(Caption Continued on Following Page)

| | |
|---|---|
| MICHAEL PISNOY,                                )<br>                                                       )<br>            Plaintiff,                         )<br>                                                       )<br>    vs.                                           )<br>                                                       )<br>HASSAN M. AHMED et al.,              )<br>                                                       )<br>            Defendants,                    )<br>                                                       )<br>    -and-                                       )<br>                                                       )<br>SONUS NETWORKS, INC.,              )<br>                                                       )<br>            Nominal Defendant.        ) | CIVIL ACTION NO.<br>04-CV-10576 DPW |

## DECLARATION OF MICHAEL K. MATTCHEN

Michael K. Mattchen, under oath, deposes and states as follows:

1. My name is Michael K. Mattchen and I am a member in good standing of the bar of this Court and of the Commonwealth of Massachusetts.

2. I represent Michael Pisnoy, as local counsel, in the above-captioned shareholder derivative action, *Pisnoy v. Ahmed, et al.*, No. 04-cv-10384.

3. I submit this Declaration of Plaintiff Michael Pisnoy's Opposition to Plainitff Michelle Burk's Motion to Consolidate and Appoint Co-Lead Counsel.

4. A true and correct copy of the firm resume for the lawfirm of Reich and Binstock, LLP is appended hereto as Exhibit A. A true and correct copy of the firm resume of Dangel & Mattchen, LLP is appended hereto as Exhibit B.

Signed under the pains and penalties of perjury this 25th day of May, 2004.

__/s/_____
Michael K. Mattchen