<u>Exhibit B</u>

## DANGEL & MATTCHEN, LLP

FIRM RESUME

Edward T. Dangel, III, and Michael K. Mattchen have practiced law together in Boston, Massachusetts, since 1978 and their firm is AV rated by Martindale-Hubbell. Over the years they have developed a national practice which focuses on complex civil litigation and high quality representation for individuals and small businesses. The firm prides itself on its ability to provide thorough, yet cost-efficient, legal services across a wide range of practice areas including antitrust, international trade, partnership and business litigation, civil rights and mass torts, to name only a few.

The firm also has a history of public service, having represented the Commonwealth of Massachusetts in its asbestos property-damage litigation and having served as counsel to the Massachusetts Commissioner of insurance.

PRINCIPALS

Edward T. Dangel, III, received his J.D. from Cornell University in 1967. He is admitted to practice in the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, the United States Court of Appeals for the First, Second, Third, Fourth and Sixth Circuits, the United States Tax Court, United States Court of International Trade and the United States Supreme Court. Mr. Dangel has served as plaintiffs' liaison counsel in the Massachusetts state court asbestos personal injury litigation.

Michael K. Mattchen graduated from Boston College Law School in 1974. He is admitted to practice in the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, the United States Court of Appeals for the First Circuit and the Ninth Circuit, the United States Tax Court, the United States Court of International Trade and the United States Supreme Court. Mr. Mattchen served as co-lead counsel in *Shattuck v. M.I.T.*, representing former residents of the Fernald State School who were involuntarily subjected to medical experimentation.