UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DANIEL WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. |
| | ) | 04-CV-10359 DPW |
| | ) | |
| HASSAN M. AHMED, et al., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SONUS NETWORKS, INC., | ) | |
| | ) | |
| Nominal Defendant. | ) | |
| | ) | |

| | | |
|---|---|---|
| MICHELLE BURK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. |
| | ) | 04-CV-10384 DPW |
| | ) | |
| HASSAN M. AHMED, et al., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SONUS NETWORKS, INC., | ) | |
| | ) | |
| Nominal Defendant. | ) | |
| | ) | |

(Caption Continued on Following Page)

| | |
|---|---|
| MICHAEL PISNOY, )<br>)<br>        Plaintiff, )<br>)<br>vs. )<br>)<br>HASSAN M. AHMED et al., )<br>)<br>        Defendants, )<br>)<br>-and- )<br>)<br>SONUS NETWORKS, INC., )<br>)<br>        Nominal Defendant. ) | CIVIL ACTION NO.<br>04-CV-10576 DPW |

## DECLARATION OF MICHAEL K. MATTCHEN

Michael K. Mattchen, under oath, deposes and states as follows:

1. My name is Michael K. Mattchen and I am a member in good standing of the bar of this Court and of the Commonwealth of Massachusetts.

2. I represent Michael Pisnoy, as local counsel, in the above-captioned shareholder derivative action, *Pisnoy v. Ahmed, et al.*, No. 04-cv-10384.

3. I submit this Declaration of Plaintiff Michael Pisnoy's Opposition to Plainitff Michelle Burk's Motion to Consolidate and Appoint Co-Lead Counsel.

4. A true and correct copy of the firm resume for the lawfirm of Reich and Binstock, LLP is appended hereto as Exhibit A. A true and correct copy of the firm resume of Dangel & Mattchen, LLP is appended hereto as Exhibit B.

Signed under the pains and penalties of perjury this 25th day of May, 2004.

                                                                                       __/s/_____<br>
                                                                                      Michael K. Mattchen