UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE P. BURK, Derivatively on Behalf of SONUS NETWORKS, INC., A Delaware Corporation, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 04-10384-DPW |
| HASSAN M. AHMED, EDWARD T. ANDERSON, PAUL J. FERRI, RUBIN GRUBER, PAUL SEVERINO, JOHN MICHAEL O'HARA, EDWARD N. HARRIS, STEPHEN NILL and PAUL R. JONES, | )<br>)<br>)<br>) |
| Defendants, | ) |
| -and- | ) |
| SONUS NETWORKS, INC., A Delaware Corporation, | ) |
| Nominal Defendant. | ) |

## NOTICE OF CHANGE OF FIRM NAME

Effective May 31, 2004, Hale and Dorr LLP merged with Wilmer Cutler Pickering LLP. The new firm's name is Wilmer Cutler Pickering Hale and Dorr LLP. All future reference to Hale and Dorr LLP in this matter should be to Wilmer Cutler Pickering Hale and Dorr LLP. The firm and its lawyers' address, telephone numbers and fax numbers remain the same. The format of our lawyers' email addresses has changed to firstname.lastname@wilmerhale.com.

- 2 -

Respectfully Submitted,

WILMER CUTLER PICKERING HALE and DORR LLP

/s/ Gregory F. Noonan_____
Jeffrey B. Rudman (BBO #433380)
James W. Prendergast (BBO #553073)
Daniel W. Halston (BBO #548692)
Gregory F. Noonan (BBO #651035)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

*Attorneys for Nominal Defendant Sonus Networks, Inc. and Defendants Edward T. Anderson, Paul J. Ferri and Paul J. Severino*

Dated: June 1, 2004

CERTIFICATE OF SERVICE

I, Gregory F. Noonan, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Peter A. Lagorio<br>Gilman and Pastor, LLP<br>Stonehill Corporate Center<br>999 Broadway, Suite 500<br>Saugus, MA 01906 | Gregory M. Nespole<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>270 Madison Ave., 9th Floor<br>New York, NY 10016 |
| Robert C. Schubert<br>Juden Justice Reed<br>Willem F. Jonckheer<br>Schubert & Reed LLP<br>Two Embarcadero Center, Suite 1660<br>San Francisco, CA 9411 | Bruce G. Murphy<br>Law Offices of Bruce G. Murphy<br>265 Llywds Lane<br>Vero Beach, FL 32963 |
| Thomas J. Dougherty (BBO #132300)<br>Matthew J. Matule (BBO #632075)<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Beacon Street<br>Boston, Massachusetts 02108<br>Tel: (617) 573-4800<br>Fax: (617) 573-4822 | Robert S. Frank, Jr. (BBO #177240)<br>John R. Baraniak, Jr. (BBO #552259)<br>Choate Hall & Stewart<br>Exchange Place Building<br>53 State Street<br>Boston, Massachusetts 02109<br>Tel: (617) 248-5000<br>Fax: (617) 248-4000 |

John D. Hughes (BBO #243660)
Edwards & Angell LLP
101 Federal Street
Boston, Massachusetts 02110
Tel: (617) 439-4444
Fax: (617) 439-4170

            /s/ Gregory F. Noonan_____
            Gregory F. Noonan

Dated: June 1, 2004