UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 15 A 11: 43

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| IN RE: | ) |
| | ) |
| SONUS NETWORK, INC. LITIGATION | ) |
| | ) CIVIL ACTION NO. |
| | ) 04-10294-DPW |
| | ) 04-10307-DPW |
| THIS DOCUMENT RELATES TO ALL CASES | ) 04-10308-DPW |
| (not consolidated at this time) | ) 04-10309-DPW |
| | ) 04-10310-DPW |
| | 04-10314-DPW |
| | 04-10329-DPW |
| | 04-10333-DPW |
| | 04-10345-DPW |
| | 04-10346-DPW |
| | 04-10359-DPW |
| | 04-10362-DPW |
| | 04-10363-DPW |
| | 04-10364-DPW |
| | 04-10382-DPW |
| | 04-10383-DPW |
| | 04-10384-DPW |
| | 04-10454-DPW |
| | 04-10576-DPW |
| | 04-10597-DPW |
| | 04-10612-DPW |
| | 04-10623-DPW |
| | 04-10714-DPW |

FILING FEE PAID:
RECEIPT # 56591
AMOUNT $ 50.00
BY DPTY CLK
DATE 6/15/04

## ASSENTED-TO MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned counsel David Pastor, Esq. hereby moves that this Court enter an Order granting leave to Gregory M. Nespole, Esq. to appear on behalf of the plaintiffs and practice before this Court in the above-captioned action.

As grounds for this motion, the undersigned represents the following:

00002734.WPD ; 1

1. Gregory M. Nespole, of Wolf Haldenstein Adler Freeman & Herz LLP, 270 Madison Avenue, New York, New York 10016, (212) 545-4600, is and has been a member in good standing of the bar of the State of New York since 1994.

2. There are no disciplinary proceedings pending against Gregory M. Nespole as a member of the bar in any jurisdiction.

3. Gregory M. Nespole has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District court for the District of Massachusetts.

4. In further support of this motion, Gregory M. Nespole has submitted herewith his Certificate of Good Standing as Required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves that Gregory M. Nespole be admitted to practice before this Court *pro hac vice*.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Undersigned counsel have conferred with counsel for all defendants in a good faith effort to resolve or narrow the issues raised by this motion, and defendants' counsel have indicated that defendants assent to the relief sought by this Motion.

Dated: June 14, 2004

Respectfully submitted:

David Pastor (BBO #391000)
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
(781) 231-7850

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**
I Hereby Certify That A True Copy of The Above Document Was Served Upon The Attorney Of Record For Each Other Party By Mail (By Hand) On 6/14/04

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Gregory Mark Nespole, hereby certify that:

1.    I was admitted to the bar of the State of New York in 1994 and of admitted in 1994 to the United States Districts Courts for then Eastern and Southern Districts of New York.

2.    I am a member in good standing in every jurisdiction where I have been admitted practice.

3.    No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.    My name, firm name, street address, telephone number, fax number and email address are as follows:

> Gregory Mark Nespole
> Wolf Haldenstein Adler Freeman & Herz LLP
> 270 Madison Avenue
> 212.545.4657
> 212.545.4653
> Nespole@whafh.com

Dated: June 10, 2004

Gregory Mark Nespole