UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 24  P 1:01

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MICHELLE P. BURK, | |
| Plaintiff, | |
| v. | |
| HASSAN AHMED, et al. | Civil Action |
| Defendants, | No. 04-CV-10384-DPW |
| - and- | FILING FEE PAID: |
| SONUS NETWORKS, INC., A Delaware Corporation, | RECEIPT # 56881 |
| | AMOUNT $ 50.00 |
| | BY DPTY CLK |
| Nominal Defendant. | DATE 6/24/04 |

## ASSENTED TO MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned counsel, David Pastor, Esq. hereby moves that this Court enter an Order granting leave to Juden Justice Reed, Esq. to appear on behalf of the plaintiff and practice before this Court in the above-captioned action.

As grounds for this motion, the undersigned represents the following:

1. Juden Justice Reed, of Schubert & Reed LLP, Two Embarcadero Center, Suite 1660, San Francisco, CA, 94111 Tel. (415) 788-4220, is and has been a member in good standing of each of the bar of the State of Connecticut since 1986, the bar of the State of New York since 1989, and the bar of the State of California since 1991.

2. There are no disciplinary proceedings pending against Juden Justice Reed as a member of the bar in any jurisdiction.

{00002781.DOC ; 1}

3.  Juden Justice Reed has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.  In further support of this motion, Juden Justice Reed has submitted herewith his Certificate of Good Standing as Required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves that Juden Justice Reed be admitted to practice before this Court *pro hac vice*.

CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

Undersigned counsel certifies that he has conferred with counsel for the defendants in a good faith effort to resolve or narrow the issues raised by this Motion, with the following results: counsel for all defendants assented to the relief sought by this Motion.

Dated: June 24, 2004

Respectfully submitted,

David Pastor (BBO #391000)
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
Telephone: 781-231-7850

**Counsel for Plaintiff**

**CERTIFICATE OF SERVICE**

I Hereby Certify That A True Copy of The Above Document Was Served Upon The Attorney Of Record For Each Other Party By Mail (By Hand) On 6/24/04

{00002781.DOC ; 1}

2

CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Juden Justice Reed, hereby certify that:

1. I was admitted to the bar of the State of Connecticut in 1986, the bar of the State of New York in 1989 and the bar of the State of California in 1991.

2. I am a member in good standing of every jurisdiction where I have been admitted to practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name, firm name, street address, telephone number, fax number and email address are as follows:

Juden Justice Reed
Schubert & Reed LLP
Two Embarcadero Center, Suite 1660
San Francisco, CA 94111
Tel. (415) 788-4220
Fax (415) 788-0161
Email: jreed@schubert-reed.com

Dated: June 22, 2004

_____
Juden Justice Reed